JULIE ARIAS YOUNG (State Bar No. 168664)
jyoung@yzllp.com
VICKY H. LIN (State Bar No. 253767)
vlin@yzllp.com
PUNEET K. SANDHU (State Bar No. 254726)
psandhu@yzllp.com
YOUNG & ZINN LLP
1150 South Olive Street, Suite 1800
Los Angeles, California 90015
Telephone: (213) 362-1860
Facsimile:  (213) 362-1861

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOE;<br><br>                    Plaintiff,<br><br>        v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California Not-for-Profit Corporation; DOES 1 through 20.<br><br>                    Defendants. | Case No.  2:20-cv-06098 JAK (AGRx)<br><br>**DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S NOTICE OF MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY ACTION TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:  October 4, 2021<br>Time: 8:30 a.m. |

**TO PLAINTIFF DOE AND HER/HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that that on October 4, 2021, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the above-entitled court located at the First Street Courthouse, 350 W. First Street, Courtroom 10B, Los Angeles, California 90012, Defendant University of Southern California ("USC") will and hereby does move the Court pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, for an order: (1) compelling Doe ("Plaintiff") to arbitrate all claims asserted in the first amended complaint Plaintiff filed in this Court ("FAC") pursuant to the Agreement to Arbitrate Claims that Plaintiff signed in February 2018, which is attached as Exhibit B to the concurrently filed Declaration of Heidi Thompson; and (2) dismissing the FAC with prejudice or, in the alternative, staying proceedings pending the completion of arbitration.

The motion is based on this Notice of Motion, the Memorandum of Points and Authorities and Declarations of Kedra Ishop, Heidi Thompson, Peter Fennema, Yanara Portero, and Vicky H. Lin filed concurrently herewith, the pleadings and papers filed herein, and any oral argument on the matter.

This motion is made following the conference of counsel pursuant to L-R 7.3, which took on May 26, 2021 with subsequent communications on May 31, 2021 and June 2, 2021. (Decl. of Vicky H. Lin ¶ 7, Ex N.)

DATED: June 3, 2021         YOUNG & ZINN LLP

By: /s/ Vicky H. Lin
VICKY H. LIN
Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA