| | |
|---|---|
| 1 | PUNEET K. SANDHU (State Bar No. 254726) |
| 2 | psandhu@psemploymentlaw.com |
|   | VICKY H. LIN (State Bar No. 253767) |
| 3 | vlin@psemploymentlaw.com |
| 4 | PAZZANI & SANDHU LLP |
|   | 700 North Central Avenue, Suite 460 |
| 5 | Glendale, California 91203 |
| 6 | Telephone:  (213) 362-1860 |
|   | Facsimile:  (213) 362-1861 |
| 7 | |
| 8 | Attorneys for Defendant |
|   | UNIVERSITY OF SOUTHERN CALIFORNIA |
| 9 | |
| 10 | AARON BROCK (SBN 241919) |
|    | ab@brockgonzales.com |
| 11 | Brock & Gonzales LLP |
| 12 | 6701 Center Drive West, Suite 610 |
|    | Los Angeles, California 90045 |
| 13 | Telephone: (310) 294-9595 |
| 14 | Facsimile: (310) 961-3673 |
| 15 | Attorneys for Plaintiff DOE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOE, an individual, and on behalf of all others similarly situated; | Case No.  2:20-cv-06098 JAK (AGRx) |
| Plaintiff, | **PARTIES' JOINT STATUS REPORT REGARDING ARBITRATION PROCEEDINGS** |
| v. | |
| UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.* | |
| Defendants. | |

# JOINT STATUS REPORT

Defendant University of Southern California ("USC") and Plaintiff Doe ("Plaintiff") jointly present this report:

On September 30, 2022, this Court issued an order granting USC's motion to compel arbitration. [Dkt 85](). The Court ordered all of Plaintiff's claims brought in the federal court complaint to arbitration, and stayed this action pending completion of arbitration.

The matter is set for arbitration before Judge Ann Keogh (Ret.) on March 11 – 15, 2024.

DATED: February 27, 2023    PAZZANI & SANDHU LLP

By: /s/ Puneet K. Sandhu
PUNEET K. SANDHU
Attorneys for Defendant
UNIVERSITY OF SOUTHERN
CALIFORNIA

DATED: February 27, 2023    BROCK & GONZALEZ LLP

By: /s/ Aaron Brock
AARON BROCK
Attorneys for Plaintiff DOE